Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Alex R. Straus (SBN 321366)
astraus@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
T: (310) 474-9111
F: (310) 474-8585

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MARIE DAVISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Herff Jones, LLC f/k/a Herff Jones, Inc.,<br><br>Defendant. | Case No. 5:18-cv-04617-LHK<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Compl. Filed: July 31, 2018<br>Am. Compl. Filed: November 8, 2018 |

WHEREAS, on July 31, 2018, Plaintiff Lisa Marie Davison ("Plaintiff") filed a putative class action complaint against Defendant Herff Jones, LLC f/k/a Herff Jones, Inc.[1] ("Defendant");

WHEREAS, on October 11, 2018, Defendant filed a motion to dismiss Plaintiff's Complaint;

WHEREAS, on November 8, 2018, Plaintiff filed her First Amended Class Action Complaint;

WHEREAS, on November 29, 2018, Defendant filed a motion to dismiss Plaintiff's First Amended Class Action Complaint; and

WHEREAS, Plaintiff wishes to voluntarily dismiss her complaint with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

[1] Herff Jones, LLC f/k/a Herff Jones, Inc. was initially named as two individual defendants rather than the same entity (current and former name), which was revised in Plaintiff's First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED by the parties that:

(1) The above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a).

(2) The parties shall bear their own respective attorney's fees, expenses, and costs.

**IT IS SO STIPULATED.**

Dated: December 14, 2018

**WHITFIELD BRYSON & MASON, LLP**

BY: *<u>/s/ Daniel Bryson</u>*
Daniel K. Bryson*
Patrick Wallace*
WHITFIELD BRYSON & MASON, LLP

Gary Mason*
Jennifer S. Goldstein (SBN 310335)
WHITFIELD BRYSON & MASON, LLP

Tina Wolfson (SBN 174806)
Bradley King (SBN 274399)
Alex R. Straus (SBN 321366)
AHDOOT & WOLFSON, PC

Matthew R. Pearson*
GRAVELY & PEARSON, LLP

Gregory F. Coleman*
William A. Ladnier*
Mark E. Silvey*
Adam A. Edwards*
GREG COLEMAN LAW PC

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*

Dated: December 14, 2018

**BLANK ROME LLP**

*<u>/s/ Ana Tagvoryan</u>*
Ana Tagvoryan (SBN 246536)
Justin M. Brandt (SBN 278368)
Erika R. Schulz (SBN 313289)
BLANK ROME LLP

*Attorneys for Defendant Herff Jones, LLC fka Herff Jones, Inc.*

**ORDER (L.R. 7-12)**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December ____, 2018

________________________________________
Hon. Lucy H. Koh

**SIGNATURE CERTIFICATION & CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from Defendant's counsel Ana Tagvoryan, and that I have her authorization to affix her electronic signature to this document.

Further, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2018.

Dated: December 14, 2018

Respectfully submitted,

*/s/* Jennifer Goldstein

Jennifer S. Goldstein